

# In the Missouri Court of Appeals
# Eastern District

MARCH 18, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED97497 STATE OF MISSOURI, RES V MICHAEL PATTERSON, APP

2. ED99735 RONALD BURSTON, APP V STATE OF MISSOURI, RES

3. ED99758 STATE OF MISSOURI, RES V. RAYMOND TIMMERMEIER, APP

4. ED99766 KEITH COSTELLO II, APP V STATE OF MISSOURI, RES

5. ED99810 JOSEPH R. POTTER, APP V STATE OF MISSOURI, RES

6. ED99859 BOBBIE MORRIS, APP V DES, RES

7. ED100043 KIM E. GARDNER, APP V. CLAIRE GARDNER, RES

8. ED100054 BLANCA SINGH, APP V. CLIENT SERVICES & DES, RES

9. ED100093 CARTER WILLIAMS, APP V STATE OF MISSOURI, RES

10. ED100177 RITA CRAWFORD-GRAHAM, APP V. CONVERGYS & DES, RES

11. ED100231 KEISHA WILLIAMS, APP V. DES, RES